AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>Jake Mills<br><br>_____<br>*Defendant* | )<br>)<br>) Case No. 19-mj-00160-JMC<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jake Mills ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

On or about July 10, 2019, in the State and District of Colorado, the defendant, Jake Mills, did knowingly intimidate and threaten J.H. by using a crowbar to break the windows of a vehicle located at the house where J.H. was staying, with the intent to influence, delay, and prevent the testimony of J.H. in an official proceeding; to wit, the jury trial in the United States District Court for the District of Colorado case number 18-cr-00415-REB-JMC during the week of July 15, 2019; and did attempt to do the same; all in violation of Title 18, United States Code, Section 1512(b)(1).

Date: 07/10/2019

S/James M. Candelaria
*Issuing officer's signature*

City and state: Durango, Colorado

James M. Candelaria, United States Magistrate
*Printed name and title*

### Return

This warrant was received on *(date)* 7/16/2019 , and the person was arrested on *(date)* 7/18/2019
at *(city and state)* Durango, CO .

Date: 7/16/2019

_____
*Arresting officer's signature*

Lyle Berkley, Special Agent
*Printed name and title*