IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge James M. Candelaria

Criminal Case No.: 19-MJ-00160-JMC

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. JAKE MILLS,

Defendant.

## ORDER FOR RELEASE FROM CUSTODY

**ORDER ENTERED BY MAGISTRATE JUDGE JAMES M. CANDELARIA**

Defendant to be released from the custody of the U.S. Marshal's service and the La Plata County Detention Facility in this matter on Monday, July 22, 2019 at 9:00 a.m.

DATED: July 19, 2019.

BY THE COURT:

James M. Candelaria
United States Magistrate Judge

1